■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK CLANCY, Appellant. [955 NYS2d 531]

The defendant's valid waiver of his right to appeal precludes appellate review of his claim that his sentence was excessive (*see People v Ramos*, 7 NY3d 737 [2006]; *People v Lopez*, 6 NY3d 248 [2006]; *People v Muniz*, 91 NY2d 570 [1998]; *People v Callahan*, 80 NY2d 273 [1992]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.